new trial ordered, this order is reversed, with twenty dollars costs and disbursements, and the motion denied, without prejudice to a renewal, if and when plaintiff establishes his ownership of the stock. In so ruling we do not wish to indicate that the order, in so far as it granted discovery, was proper, or that the examination should have been as broad as ordered, or be allowed as to all defendants at one time. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

HARRY NEWGOLD, Respondent, v. CLIFTON M. MILLER and Others, Appellants, Impleaded with Others, Defendants.— Order denying motion for a new trial, on the ground of newly-discovered evidence, unanimously reversed, with costs and disbursements, and the motion granted. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

SEVENTY NINE DELANCEY CORPORATION, Appellant, v. MERIDAN HOLDING CORPORATION, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley and Callahan, JJ.

SEVENTY NINE DELANCEY CORPORATION, Respondent, v. MERIDAN HOLDING CORPORATION, Appellant, and THE BANK OF UNITED STATES, Respondent.— Since the questions here involved have become academic by reason of the affirmance of the judgment entered at Special Term in the action between the original parties, decided herewith (ante, p. 1006), this appeal is dismissed, without costs. Had our ruling been to the contrary, the appellant would have been well within its rights in seeking a recovery over against the defendant bank. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

FRANCES B. STILL, Appellant, v. ELLA L. MOSS, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

SYLVIA SODEN, Respondent, v. NATIONAL CASUALTY COMPANY, Appellant.— Determination and judgment unanimously modified so as to provide for a recovery of seventy dollars expenses incurred by the insured during the second policy year, computed as follows: forty dollars hospitalization for eight days at five dollars per diem; thirty dollars for ten visits by the physician, that being the minimum number of visits after the first policy year, as appears from the testimony of the insured. To this sum should be added fourteen dollars and fifty cents statutory costs and disbursements. As so modified, determination of the Appellate Term and the judgment of the Municipal Court are unanimously affirmed, without costs in this court or in the Appellate Term. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of PHILIP FRANKLE, Petitioner, Respondent, against BOARD OF EDUCATION OF THE CITY OF NEW YORK and Others, Appellants. — Order unanimously modified by striking out the word " all " from the paragraph preceding the final paragraph thereof and the final paragraph modified so as to read as follows: " Ordered that the respondent Board of Education of the City of New York be and it hereby is directed to act upon said recommendation, and to appoint the required number of eligibles as regular teachers to fill said vacant teaching positions," and as so modified affirmed, without costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ. [173 Misc. 1050.]